PAUL WISNIEWSKI, Respondent, v BETTY L. SHANNON et al., Appellants. [813 NYS2d 689]—Appeal from an order of the Supreme Court, Erie County (Peter J. Notaro, J.), entered June 7, 2005 in a personal injury action. The order, among other things, denied defendants' cross motion for summary judgment dismissing the complaint.

Now, upon the stipulation of discontinuance of appeal signed by the attorneys for the parties on February 27, 2006, and filed in the Erie County Clerk's Office on March 9, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Green, JJ.

 KELVIN WHITE, Respondent, v SEAN O'KEEFFE et al., Appellants. [813 NYS2d 690]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered February 18, 2005 in a personal injury action. The order, among other things, denied in part defendants' motion to dismiss the complaint and/or for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Green, JJ.